AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

U.S. MARSHAL-DC AM8:56
RECEIVED APR 4 '24

for the

District of Columbia

FID: 9274230

United States of America
v.
JAEVONN ARCHER

*Defendant*

Case: 1:24-cr-00162
Assigned To : Walton, Reggie B.
Assign. Date : 4/3/2024
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

VIOLATIONS: 18 U.S.C. § 1201(c) (Conspiracy to Commit Kidnapping) 18 U.S.C. § 1201(a)(1) (Kidnapping)

FORFEITURE: 18 U.S.C. § 981(a)(1)(C); 18 U.S.C. § 924(d)(1); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)

Date: 04/03/2024

*Issuing officer's signature*

City and state: Washington, DC

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE

*Printed name and title*

### Return

This warrant was received on *(date)* 4/3/24, and the person was arrested on *(date)* 4/9/24
at *(city and state)* Capitol Heights, MD

Date: 4/10/24

*Arresting officer's signature*

Ben Fung / Special Agent

*Printed name and title*